UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRIDGEPORT MUSIC, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DEEP TECHNOLOGY MUSIC, INC., | ) | No. 3:01-718 |
| *et al.*, | ) | Judge Campbell/Brown |
| | ) | **Jury Demand** |
| and | ) | |
| | ) | |
| 3:01-0733 (EMI April) | ) | |
| 3:01-0935 (Careers-BMG) | ) | |
| 3:01-0971 (EMI Blackwood) | ) | |
| 3:01-1037 (Careers-BMG) | ) | |
| 3:01-1105 (Elektra) | ) | |
| 3:01-1156 (Remedi) | ) | |
| | ) | |
| Defendants | ) | |

## **O R D E R**

It appears that the pending motion for sanction in this matter has now been fully briefed. In his initial review of this, the Magistrate Judge notes that Ms. Tilmon Jones did not sign her brief, Docket Entry 248 in 3:01-718, or in the other six related cases. Ms. Tilmon-Jones should file with the Court a signed final page for each of these responses forthwith.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge