IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRIDGEPORT MUSIC, INC., et al. | ) |
| | ) |
| v. | ) NO. 3-01-0718 |
| | ) JUDGE CAMPBELL |
| DEEP TECHNOLOGY MUSIC, INC., | ) |
| et al. | ) |
| | ) |
| This Order also relates to the | ) |
| following related cases: | ) |
| | ) |
| 3:01-0733 (EMI April) | ) |
| 3:01-0935 (Careers - BMG) | ) |
| 3:01-0971 (EMI Blackwood) | ) |
| 3:01-1037 (Careers - BMG) | ) |
| 3:01-1105 (Elektra) | ) |
| 3:01-1156 (Remedi) | ) |

ORDER

Pending before the Court is Non-Party Janyce H. Tilmon-Jones' Objection to the September 10, 2013 Order of the Magistrate Judge (Docket No. 254). Pursuant to Rule 72(a) of the Federal Rules of Civil Procedure, the Court may reverse or modify the ruling of the Magistrate Judge only if it is clearly erroneous or contrary to law. The Court has reviewed Ms. Tilmon-Jones' Objection, Plaintiffs' Response, the Magistrate Judge's Order and the file.

The Court finds that the Order of the Magistrate Judge (Docket No. 254) is neither clearly erroneous nor contrary to law. Accordingly, Ms. Tilmon-Jones' Objections are overruled, and the Order of the Magistrate Judge (Docket No. 254) is AFFIRMED.

IT IS SO ORDERED.

_Todd Campbell_
_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE